640

J. A. Oettinger, appellee, v. Bert L. White Company, appellant. Gen. No. 32,358.

Opinion filed June 19, 1928.
Cooke, Sullivan & Ricks, for appellant; Oliver R. Barrett, of counsel. Charles E. Schiller, for appellee; James E. McGrath, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

George F. Miller, appellant, v. Herbert D. Peterson and C. M. Vardi, appellees. Gen. No. 32,369.

Opinion filed June 19, 1928.
A. F. W. Siebel, for appellant. George E. Woods, for appellees.
Mr. Justice Gridley delivered the opinion of the court.

Matteson-Fogarty-Jordan Company, appellee, v. G. M. Atwell, appellant. Gen. No. 32,379.

Opinion filed June 19, 1928.
Wisner & Walsh, for appellant. Mack & Wikoff, for appellee; Howard H. Wikoff and Henry Glenn Ross, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

William B. Clark, plaintiff in error, v. Mattie Thompson and Mrs. E. A. Harris, defendants in error. Gen No. 31,994.

Opinion filed June 19, 1928.
Morris, Cashin & Dickerson, for plaintiff in error. Frank & Shomberg, for defendants in error; Bernard Shomberg, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Paul Bloom, appellee, v. Samuel Handelsman and Esther Handelsman, appellants. Gen. No. 32,221.

Opinion filed June 19, 1928. Rehearing denied July 2, 1928.
Tarnopol & Flamm, for appellants. Max M. & Samuel Grossman and Henry H. Koven, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.